**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00082-CV

---

**GREAT WEST CASUALTY COMPANY AS SUBROGEE OF TRY AGAIN TRUCKING AND GURJAP SINGH, Appellant**

**V.**

**JORGE BILLAFUERTE AND DWAYNE WASHINGTON, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1076716**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 14, 2017. On January 9, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Bourliot and Poissant.